

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00236-CR

---

In re Kevin Nichols, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

On June 1, 2026, Relator, Kevin Nichols, filed a handwritten document, which does not provide a case style but indicates that it is a "Petition for Redress of Grievance and Notice of Removal." In the petition, Nichols requests that we grant his "Petition and Motion for Removal," order the underlying case to "common law Arbitration," and order "the action for execution on the Arbitration findings award." Because this document is not associated with any pending appellate proceeding, Nichols does not indicate a desire to appeal from a judgment or other appealable order entered in the trial court, and Nichols affirmatively requests relief, we construe the document as a

petition initiating an original appellate proceeding seeking extraordinary relief.[1] *See* Tex. R. App. P. 52.1 (stating that a petition filed in an appellate court seeking extraordinary relief, such as a writ of mandamus, commences an original appellate proceeding).

After consideration, the Court has determined that Nichols is not entitled to the relief sought. We deny the petition. Any pending motions are dismissed as moot.

MARIA SALAS MENDOZA, Chief Justice

June 4, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)

---

[1] We note that Nichols' petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 9.4, 9.5, 52.3, 52.7.